IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ANTHONY JEROME BENTLEY,<br><br>Plaintiff,<br><br>v.<br><br>ALVIE KIGHT; TOOMBS COUNTY DETENTION CENTER; KATHY PALMER; GABRIEL T. CLIETT; HAYWARD ALTMAN; and AMANDA HART,<br><br>Defendants. | CIVIL ACTION NO.: 6:17-cv-8 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 11), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint **without prejudice** for Plaintiff's failure to follow this Court's Orders and failure to prosecute. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 7th day of June, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA